460 A.2d 866

Commonwealth v. Salladino, Appellant.

630

Before CERCONE, P.J., CAVANAUGH and WIEAND, JJ.

Judgment of sentence affirmed.